**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DELAINE MINUS,

      Plaintiff,

           **Case No. 3:24-cv-1108**

    v.                         **Magistrate Judge Norah McCann King**

FRANK BISIGNANO,
**Commissioner of Social Security,**

      **Defendant.**

## FINAL JUDGMENT

This matter having come before the Court on the appeal of the final decision of the Commissioner of Social Security, and the Court having considered the submissions of the parties without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Opinion and Order filed on March 19, 2026,

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                            *s/ Norah McCann King*
                            Norah McCann King
                            United States Magistrate Judge